ELLIOT ENOKI
United States Attorney
District of Hawaii

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2001

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY TANG, <br><br> Defendant. | CR. NO. CR01 00432 SOM <br><br> INDICTMENT <br><br> 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. |

INDICTMENT

The Grand Jury charges that:

On or about July 30, 2001, within the District of Hawaii, GREGORY TANG did knowingly and intentionally attempt to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

DATED: __10/25__, 2001 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Gregory Tang
"Indictment"

2